UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG MOTSENBOCKER<br><br>Plaintiff,<br><br>v.<br><br>BLUE MAGIC, INC., et al.<br><br>Defendants. | Case No.:  20cv1663-LAB (WVG)<br><br>**ORDER OF DISMISSAL** |

On April 19, 2021, Plaintiff and Counter Defendant Gregg Motsenbocker ("Motsenbocker") and Defendant and Counter Plaintiff Blue Magic, Inc. ("Blue Magic") filed a Joint Stipulation for Dismissal ("Joint Stipulation") to dismiss this action in its entirety with prejudice. (Dkt. 23). The Joint Stipulation collectively refers to Motsenbocker and Blue Magic as the "Parties." The Joint Stipulation did not mention Counter Plaintiff Jerry Opry, Blue Magic's President. The Court construed the Joint Stipulation as brought by all parties, including Opry. (Dkt. 24). No party filed an objection to the Court's Order.

//
//
//
//

The Joint Stipulation (Dkt. 23) is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a), all claims in this case are **DISMISSED WITH PREJUDICE**, and the case is **DISMISSED WITH PREJUDICE** in its entirety. The parties shall each bear their own expenses, costs, and attorneys' fees.

The Clerk is directed to terminate this case.

**IT IS SO ORDERED**.

Dated: October 5, 2021

*Larry A. Burns*
Honorable Larry Alan Burns
United States District Judge